IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH A. ROBLES,

      Plaintiff,

v.                                                                           CIV 08-0438 JB/KBM

RAY SCHULTZ, CHIEF A.P.D.,
OFFICER M. McELROY I.D. NO. 2769,
and OFFICER C. COMPTON I.D. NO. 2884,
each in their individual capacity

      Defendant

## ORDER DENYING PLAINTIFF'S MOTION FOR COPIES

THIS MATTER is before the Court on Plaintiff's motion requesting copies of Documents 12, 14, 16, 17, 23 and 24.  He asserts that he never received these documents and that he needs them to respond to the upcoming *Martinez* Report. *See Doc. 27.*  Document 12 is Plaintiff's December notice of change of address.  Document 14 is Defendants' certificate of service showing that they re-served their Answer at Plaintiff's new address.  Document 16 is Plaintiff's January notice of change of address.   Document 17 is Defendants' certificate of service showing that the re-served the motion to dismiss at  Plaintiff's new address.  Document 23 and

24 are Defendants' motion to strike and notice of completion of briefing. In my order setting the *Martinez* Report briefing schedule, I denied both of Defendants' motions. There is no indication that Plaintiff did not receive my order.

Since the documents Plaintiff seeks are ones that he either filed or received, pertain to matters that are moot, and have no bearing on the substance of the *Martinez* Report, there is no reason to forward copies.

Wherefore,

IT IS HEREBY ORDERED that Plaintiff's motion (Doc. 27) is DENIED.

_____
UNITED STATES MAGISTRATE JUDGE