IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH A. ROBLES,

       Plaintiff,

v.                                                   CIV 08-0438 JB/KBM

RAY SCHULTZ, CHIEF A.P.D.,
OFFICER M. McELROY I.D. NO. 2769,
and OFFICER C. COMPTON I.D. NO. 2884,
each in their individual capacity

       Defendant.

## ORDER EXTENDING DEADLINES

      THIS MATTER is before the Court on Plaintiff's letter stating that he had not received the *Martinez* Report as of April 16, 2009.  *See Doc. 32.*  I have previously noted alleged problems with address changes and service.  *See Doc. 28.*  Accordingly, Defendants delivered the *Martinez* Report by certified mail and filed the verification of delivery with the Court.  *See Doc. 33.*  My staff also spoke with Defense counsel and verified that defense pleadings subsequent to the *Martinez* Report have also been sent certified mail.  Indeed, Plaintiff seems to indicate that he received that information.  *See Doc. 32.*

Since the record reflects that Plaintiff is in possession of all the relevant pleadings, I will extend the deadlines to complete briefing on the *Martinez* Report.

Wherefore,

IT IS HEREBY ORDERED that Plaintiff's response to the *Martinez* Report and its supplemental materials is due by Friday, June 5, 2009 and Defendants' reply is due by Friday, June 19, 2009.

_____
UNITED STATES MAGISTRATE JUDGE