IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH A. ROBLES,

      Plaintiff,

v.                                                                                     No. CIV 08-438 JB/KBM

RAY SCHULTZ, et. al.,

      Defendants.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition, filed June 29, 2009 (Doc. 41). To date, there have been no objections. Accordingly,

**IT IS ORDERED** (i) the Magistrate Judge set an evidentiary hearing at the earliest time and place that is convenient to the parties now that Plaintiff Joseph A. Robles has been released from prison; and (ii) Defendants will not be responsible for Robles' transport to the hearing, but will remain responsible for the "belt recorder" audio and "dash cam" video consistent with the Magistrate Judge's discussion.

_____
UNITED STATES DISTRICT JUDGE